**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

CATHERINE GORDON,

Plaintiff,

-against-

NEW YORK CITY MAYORS OFFICE; NEW YORK ATTORNEY GENERAL'S OFFICE; NEW YORK CITY POLICE DEPARTMENT; AMERICAN DENTAL ASSOCIATION; KINGS COUNTY FAMILY COURT,

Defendants.

------------------------------------------------------------X

25 **CIVIL** 6671 (LLS)

# <u>JUDGMENT</u>

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 10, 2026, the Court has dismissed the amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as barred by the Eleventh Amendment, and for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

**Dated:** New York, New York

June 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**